# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

October 17, 2006

CASE NUMBER 1:06CV01823
JUDGE: John D. Bates
DECK TYPE: Contract
DATE STAMP: 10/24/2006

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Re: MDL-1772 -- In re Series 7 Broker Qualification Exam Scoring Litigation

*Mark Schley v. National Association of Securities Dealers, Inc.*, W.D. Wisconsin, C.A. No. 3:06-335

Dear Ms. Mayer-Whittington:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Kevin B. Washington
Kevin B. Washington
Deputy Clerk

Enclosures/Attachment

cc: Transferee Judge: Judge John D. Bates
    Transferor Judge: Judge John C. Shabaz
    Transferor Clerk: Joseph W. Skupniewitz

JPML Form 29

Case 1:06-cv-01823-JDB   Document 1   Filed 10/24/2006   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1772

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

Mark Schley v. National Association of Securities Dealers, Inc., W.D. Wisconsin, C.A. No. 3:06-335

BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in a Western District of Wisconsin action (*Schley*) to vacate the Panel's order conditionally transferring the action to the District of District of Columbia for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendant National Association of Securities Dealers and plaintiffs in four previously-centralized actions oppose the motion and urge inclusion of the action in the MDL-1772 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the District of District of Columbia, and that transfer of this action to the District of District of Columbia for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of District of Columbia was a proper Section 1407 forum for actions sharing allegations concerning the cause or causes of errors in scoring the Series 7 Broker Qualification Exam, a computerized qualifying test required for anyone employed by a securities firm that wishes to register individuals as general securities representatives dealing with the public. *See In re Series 7 Broker Qualification Exam Scoring Litigation*, __ F.Supp.2d __, 2006 U.S. Dist. LEXIS 44824 (J.P.M.L., June 27, 2006).

Plaintiff opposes transfer on the grounds that his damages are unique and that the Wisconsin court should decide a unique issue of state law. We disagree. Plaintiff's action involves substantial factual overlap with the actions already transferred. The prospect that the transferee court may have occasion to apply Wisconsin law poses no impediment to Section 1407 transfer of *Schley*. *See, e.g., In re Data General Corp. Antitrust Litigation*, 510 F.Supp. 1220 (J.P.M.L. 1979). Should the circumstances regarding any MDL-1772 action develop such that the transferee judge determines that continued inclusion of the action or a claim no longer remains advisable, and accordingly the transferee

- 2 -

court deems Section 1407 remand of any claim or action appropriate, procedures are available whereby this may be accomplished with a minimum of delay following a suggestion of remand to the Panel by the transferee judge. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the District of District of Columbia and, with the consent of that court, assigned to the Honorable John D. Bates for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

INVOLVED COUNSEL LIST
DOCKET NO. 1772
IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION

*Mark Schley v. National Association of Securities Dealers, Inc.*, W.D. Wisconsin, C.A. No. 3:06-335

Michael L. Eckert
Eckert, Kost & Vocke, LLP
P.O. Box 1247
Rhinelander, WI 54501-1247

Katherine Stadler
La Follette, Godfrey & Kahn
P.O. Box 2719
Madison, WI 53701-2719