Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
October 24, 2006

Clerk, United States District Court
for the Western District of Wisconsin
120 North Henry Street, Room 320
P.O. Box 432
Madison, WI 53701-0432

**IN RE: MDL-1772 In re SERIES 7 BROKER
QUALIFICATION EXAM SCORING LITIGATION**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 10/17/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover leter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Mark Schley v. National Assoc. of Securities Dealers, Inc., et al.** | C.A. No. 3:06-335 | C.A. 1:06-1823 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc: MDL Panel, Clerk
Nancy Mayer-Whittington, Clerk
Judge John D. Bates
Tim Bradley, Courtroom Clerk
MDL Misc. Case No. 06-355