*Attorneys at Law*

# ECKERT, KOST & VOCKE, LLP

— *A Limited Liability Organization* —

Michael L. Eckert
Keith K. Kost*
Timothy L. Vocke
Michael H. Bloom
Mitchell R. Olson
Sven W. Strutz
*Also Licensed in Illinois

729 Lincoln Street
P.O. Box 1247
Rhinelander, WI 54501-1247
715-369-1624 • 715-369-1273 Fax

Please Respond to Post Office Box

<u>Paralegals</u>
Lois A. Wallace
Susan L. Raykovich

Email: ecklaw@newnorth.net
WorldWideWeb: www.eckertkost.com

October 26, 2006

Nancy Mayer-Whittington
Clerk's Office
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   *In Re Series 7 Broker Qualification Exam Scoring Litigation (Schley v. NASD)*
      US DC Case No.: 06-355 (JDB) / 06-1823 (JDB)
      MDL Docket No. 1772
      Our File No.: 6765

Dear Ms. Mayer-Whittington:

Enclosed for filing please find the original of the "Notice of Entry of Appearance" on behalf of the plaintiff, Mark Schley. Counsel of record are being served with copies and a copy will be uploaded onto the CM/ECF system.

If you have any questions or concerns, please feel free to contact me. Thank you.

Very truly yours,

ECKERT, KOST & VOCKE, LLP

Michael L. Eckert
Writer's Direct E-mail: mleckert@newnorth.net
before/after hours-715-369-1629, ext. 101

Enclosure
S6765.cor\c43
Cc w/ enclosures:   Mr. Mark Schley
                    Attorneys listed on certificate of service

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION ) ) ) ) ) ) ) This document relates to: ) ALL CASES ) ) ) | Misc. Action No. 06-355 (JDB) Individual Case No.: 06-1823 (JDB) MDL Docket No. 1772 |

## NOTICE OF ENTRY OF APPEARANCE

To the clerk and all parties of record:

Pursuant to Local Rule 83.6(a), Attorney Michael L. Eckert, counsel for the plaintiff Mark Schley hereby enters his appearance in all consolidated actions.

**Name and Address of Designated Attorney:**
Michael L. Eckert
ECKERT, KOST & VOCKE, LLP
729 Lincoln Street, P.O. Box 1247
Rhinelander, WI 54501-1247

**Telephone:**
(715) 369-1624

**Fax:**
(715) 369-1273

**Wisconsin Bar No.:**
1016316

Dated this 26th day of October, 2006.

_____
Michael L. Eckert, WI Bar No.: 1016316
**ECKERT, KOST & VOCKE, LLP**
729 Lincoln Street, P.O. Box 1247
Rhinelander, WI 54501-1247
(715) 369-1624
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, I caused true and correct copies of the Notice of Appearance to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, first class postage prepaid:

**John Balestriere**
BALESTRIERE, P.L.L.C.
225 Broadway, Suite 2700
New York, NY 10007
Attorney for Andrew Crabbe
and Linda Cutler

**Steven N. Berk**
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Attorney for Jennifer Hester, William Lowe, and all plaintiffs

**Jayson E. Blake**
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Attorney for Jason Crockett

**Michael T. Fantini**
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Attorney for Jennifer Hester

**Frederic S. Fox**
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Attorney for Gueorgui Ivanov

**Jason L. Horton**
CRISP BOYD POFF SCHUBERT & BURGESS
P.O. Box 6297
2301 Moores Lane
Texarkana, TX 75505-6297
Attorney for Brian Johnson

**William M. Jay**
**Thomas C. McGraw**
**Francis Joseph Warin**
GIBSON, DUNN & CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Attorney for NASD

**Nancy M. Juda**
LEARACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
Attorney for Timothy Wallin

**James P. Karen**
**Joshua S. Roseman**
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Attorney for EDS

**Gerald Martin**
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201
Attorney for all plaintiffs

**Michael G McLellan**
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street NW
Washington, DC 20007
Attorney for Jason Crockett and Thomas Ribiero

**Herbert Esar Milstein**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500 West Tower
Washington, DC 20005-3934
Attorney for all plaintiffs

**Scott E. Poynter**
EMERSON POYNTER, LLP
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
Attorney for Skylar S. Jordan

**Adam T. Savett**
MEHRI & SKALET, P.L.L.C.
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
Attorney for Frank Marino

**Sherrie R. Savett**
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103
Attorney for Jennifer Hester

**Steven A. Schwartz**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Attorney for Nassim Ketitia

**Steven A. Skalet**
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-1609
Attorney for Frank Marion

**Stephen A. Weiss**
Seeger Weiss, LLP
One Williams Street
New York, NY 10004
Attorney for all plaintiffs

_/s/ Patricia R. Langbau_
ECKERT, KOST & VOCKE, LLP