AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

William Lowe  )
          Plaintiff(s)  )  **APPEARANCE**
          vs.  )  CASE NUMBER  1:06-mc-00355-JDB MDL-1772
NASD and EDS Corporation  )
          Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jonathan W. Cuneo__ as counsel in this
                            (Attorney's Name)

case for: __William Lowe (Plaintiff)__
           (Name of party or parties)

April 26, 2007
Date

_/s/ Jonathan W. Cuneo_
Signature

939389
BAR IDENTIFICATION

Jonathan W. Cuneo
Print Name

507 C Street, NE
Address

Washington, DC   20002
City   State   Zip Code

202/789-3960   jonc@cuneolaw.com
Phone Number